IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| HECTOR LEDESMA,<br>    Plaintiff,<br><br>v.<br><br>STATE FARM LLOYDS,<br>    Defendant. | §<br>§<br>§   Civil Action No.<br>§   DR-15-CV-0101-AM-VRG<br>§<br>§<br>§ |

**SCHEDULING ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and having considered the parties' agreed scheduling proposal, the undersigned issues the following Scheduling Order.

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before **October 13, 2015.**

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before **November 30, 2015**, and each opposing party shall respond, in writing, on or before **December 14, 2015.**

3. The parties shall file all motions to amend or supplement pleadings and all motions to join additional parties on or before **January 8, 2016.**

4. All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) on or before **January 22, 2016.**  Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) on or before **February 22, 2016.**  All designations of rebuttal experts shall be filed within **14 days** of receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Fed. R. Evid.

702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within **45 days** of receipt of the written report of the expert's proposed testimony, or within **15 days** of the expert's deposition, if a deposition is taken, whichever is later.

      6.      The parties shall complete all discovery on or before **March 21, 2016.**  Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

      7.      All dispositive motions as defined in Rule CV-7(c) shall be filed no later than **April 8, 2016.**

      8.      This case is set for a pretrial conference before the undersigned Magistrate Judge on **July 19, 2016, at 1:30 p.m.**  The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of trial.

      **IT IS SO ORDERED** this 29th day of September, 2015.

_____
**VICTOR ROBERTO GARCÍA**
**UNITED STATES MAGISTRATE  JUDGE**