IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| HECTOR LEDESMA<br>    Plaintiff | §<br>§<br>§<br>§ | |
| v. | § | Civil Action No. 2:15-cv-00101 |
| | § | |
| STATE FARM LLOYDS<br>    Defendant | §<br>§<br>§ | |

## JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

Pursuant to Local Rule CV-88, the Plaintiff Hector Ledesma and Defendant State Farm Lloyds file this Alternative Dispute Resolution Report.

1. Status of Settlement Negotiations: The parties have not discussed settlement.

2. Person responsible for settlement negotiations:
   Plaintiff: Tyler Bleau
   Defendant: Christopher Lotz

3. The parties have agreed that Alternative Dispute Resolution is appropriate for this case.

4. The parties have agreed that the method of ADR will be Mediation in the near future.

Respectfully submitted,

_____
Mark A. Lindow
Attorney in Charge
State Bar No. 12367875
Lindow Stephens Treat LLP
One Riverwalk Place
700 N. St. Mary's St., Suite 1700
San Antonio, Texas 78205
Telephone: (210) 227-2200
Facsimile: (210) 227-4602
Email: mlindow@lstlaw.com

Of Counsel:
Christopher A. Lotz
State Bar No. 24031630
Lindow Stephens Treat LLP
One Riverwalk Place
700 N. St. Mary's St., Suite 1700
San Antonio, Texas 78205
Telephone: (210) 227-2200
Telecopier: (210) 227-4602
Email: clotz@lstlaw.com
*Counsel for State Farm Lloyds*


_____
Clayton Hardin
State Bar No. 24090144
Tyler Bleau
State Bar No. 24080793
Bill L. Voss
State Bar No. 24047043
Scott G. Hunziker
State Bar No. 24032446
THE VOSS LAW FIRM, P.C.
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021
Email: clayton@vosslawfirm.com
Email: tyler@vosslawfirm.com
Email: bill.voss@vosslawfirm.com
Email: scott@vosslawfirm.com
*Counsel for Plaintiff, Hector Ledesma*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic service on the 13th day of October, 2015, upon the following counsel of record:

Clayton Hardin
Tyler Bleau
Bill L. Voss
Scott G. Hunziker
THE VOSS LAW FIRM, P.C.
The Voss Law Center
26619 Interstate 45 South
The Woodlands, Texas 77380

                                              Mark Lindow/Christopher A. Lotz